JS-6

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Room 7211
    Los Angeles, CA  90012
        Telephone:  (213) 894-6551
        Fax:        (213) 894-0115
        E-mail:     andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUVAL BARAZANI and AVIVA BARAZANI, <br>    Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br>    Defendant | Case No.: CV 13-01633-SVW(SHx) <br><br> Order |

The Court having been advised by counsel that this action has been settled;

1

1  IT IS THERE IS THEREFORE ORDERED that this action is hereby
2  dismissed without costs and without prejudice to the right, upon good cause shown
3
4  within 90 days, to re-open this action if settlement is not consummated.  This Court
5  retains full jurisdiction over this action and this Order shall not prejudice any party
6  to this action.
7
8  IT IS SO ORDERED.
9
10  DATED:    October 3, 2013
11                                                                STEPHEN V. WILSON
12                                                                UNITED STATES DISTRICT JUDGE